# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MYII. | 9471581 | Homan | 322 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 2/5/26  1905 | MrPA 21-801.1 |

Place of Offense:
Ditto Ave

Offense Description: Factual Basis for Charge    HAZMAT ☐

Speed
25 in 15

### DEFENDANT INFORMATION

Last Name: Tegantchouang   First: Martin   M.I.: D

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 3GV8722 | MD | 16 | inf | | BK |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 90    Forfeiture Amount
+ $30    Processing Fee
$ 120    Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
1520 Freedman Dr

Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9471581*

CVB SCAN 03/02/2026 15:44

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 5 Feb, 20 26 while exercising my duties as a law enforcement officer in the Fort Detrick district of Maryland

While sitting stationary in the parking lot of building 6000, I observed a black in color SUV driving out of the housing area at a high rate of speed. Confirmed by my RADAR audio and visual showing 25 in a 15 MPH zone. I activated my emergency lights and conducted a traffic stop. The driver stated he thought he was in a 25 MPH zone and didnt pay attention to see any signs stating otherwise. the road is clearly posted at 15MPH. The driver was cooperative during the stop.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/05/2026
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/02/2026 15:44